AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| BLU ZEKE DALY | ) | 1:26-mj- 41-01-AJ |
| a/k/a | ) | |
| CULLAN ZEKE DALY | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 22, 2026 in the county of Coos in the
District of New Hampshire, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1114(a)(3) | - Attempted Murder of a Federal Officer |
| 18 U.S.C. § 111(a) & (b) | - Assaulting a Federal Officer with a Dangerous Weapon |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

/s/ Paul Mullen
*Complainant's signature*

S.A. Paul Mullen, FBI
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: February 24, 2026

*Judge's signature*

City and state: Concord, New Hampshire    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*